# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BUTTE DIVISION

| | |
|---|---|
| TRACEY WHEELER,<br><br>  Plaintiff,<br><br>v.<br><br>THE CINCINNATI INSURANCE COMPANY,<br><br>  Defendant. | CV-24-200-BU-JTJ<br><br>ORDER |

The Court ordered Plaintiff Tracey Wheeler (Wheeler), as a pre-condition of remanding this action to state court, to enter a stipulation with The Cincinnati Insurance Company (Cincinnati) stating she will not seek to recover more than $75,000, exclusive of costs and interest, from Cincinnati in state court. (Doc. 17). Wheeler filed a response to the Court's Order advising that she will not enter into such a stipulation. (Doc. 18).

Accordingly,

IT IS HEREBY ORDERED Wheeler's Motion to Remand (Doc. 4) is **DENIED**.

1

DATED this 10th day of March 2025.

_____
John Johnston
United States Magistrate Judge